IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HARVEY BLALOCK and
CAROL BLALOCK,

       Plaintiffs,

vs.                                     CASE NO.: 1:05cv4-SPM/AK

GMAC MORTGAGE CORPORATION
d/b/a DITECH.COM,

       Defendant.
_____/

## CONSENT ORDER EXTENDING STAY

This matter is before the Court on joint motion (doc. 19) of Plaintiffs and Defendant seeking a stay of this litigation to facilitate ongoing settlement discussions between the parties. For good cause shown and with the consent of all parties, it is hereby ORDERED as follows:

      1.     The proceedings between the parties in this matter are hereby stayed for an additional sixty (60) days from the date of filing of this Consent Order.

      2.     No party, during the stay, shall in any way use, present, or argue the terms of this Consent Order in claiming an entitlement to or a limitation of discovery herein.

3.  This stay shall conclude 60 days from the date of this order.  At the conclusion of the 60-day stay, the parties shall (i) if agreed among the parties and on approval of the Court, either continue the stay or otherwise enter a Joint Motion and Consent Order regarding scheduling, or (ii) if the parties cannot so agree, proceed with the litigation as previously scheduled by the Court.  To the extent necessary, the Court shall establish reasonable scheduling dates for all outstanding activities at the conclusion of the stay created by this Consent Order.

DONE AND ORDERED this 28th day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge